## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DARYL VAN ALLEN,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                        Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #.
DATE FILED: 12|2|19

19 **CIVIL** 3627 (VSB)(KHP)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated December 2, 2019, that the decision of the Commissioner of

Social Security is reversed and that this action is remanded to the Commissioner of Social Security

pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
        December 2, 2019

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

**Deputy Clerk**